# UNITED STATES DISTRICT COURT
for the
Middle District of North Carolina

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>5620 Concord Parkway South,<br>Suite 202, North Carolina 28027 | )<br>)<br>)  Case No.  1:19MJ55<br>)<br>)<br>)<br>) |

FILED MAR 29 2019 Clerk U.S. District Court Greensboro, NC

## SEARCH AND SEIZURE WARRANT

To:   Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____Middle_____ District of _____North Carolina_____
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B

**YOU ARE COMMANDED** to execute this warrant on or before _____February 28, 2019_____ *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____.
                                                                                                           *(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:   2/14/2019  9:30 am         _____
                                                                                          *Judge's signature*

City and state:   Winston-Salem, North Carolina         The Hon. Joi Elizabeth Peake
                                                                                          *Printed name and title*

| Return |||
|---|---|---|
| Case No.:<br>1:19MJ55 | Date and time warrant executed:<br>2-21-19  9:30 am | Copy of warrant and inventory left with:<br>Efren Rosado |
| Inventory made in the presence of :<br>SA Kimmy Poon ||||

Inventory of the property taken and name of any person(s) seized:

See Attached

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 3/22/19

*Executing officer's signature*

Will Oros, Special Agent EPA CID
*Printed name and title*




**United States Environmental Protection Agency**
**Criminal Investigation Division**

## RECEIPT

| Date: | Case Title: | Case Number: | Office: |
|---|---|---|---|
| 2-21-19 | NovaCor | 0408-0143 | Charlotte |

**Received From:**
NovaCor
5620 Concord Parkway South, Suite 202
Concord, NC 27612

**Purpose of Transfer:**
Search Warrant

| Item Number: | Description: |
|---|---|
| 1 | Pre-enrollment paperwork |
| 2 | Job names and rosters |
| 3 | ID Cards - ProCon |
| 4 | NovaCor Training Certificates |
| 5 | Time sheets |
| 6 | Asbestos worker training certifications |
| 7 | Asbestos training paperwork |
| 8 | Missing timesheet folder |
| 9 | Asbestos records |
| 10 | Name lists taped to whiteboard |
| 11 | asbestos certificates |
| 12 | asbestos records |

**Received By (Print/Sign):**
Kimmy Poun, [signature]

**Received From or Witness (Print/Sign):**
Efren Rosado

OCEFT Form 7-02                                    Rev_03/2017

1 of 3

 

**United States Environmental Protection Agency**
**Criminal Investigation Division**

## RECEIPT

| Date: | Case Title: | Case Number: | Office: |
|---|---|---|---|
| 2-21-19 | NovaCor | 0408-0143 | Charlotte |

**Received From:**
NovaCor
5620 Concord Parkway South, Suite 202
Concord, NC 27612

**Purpose of Transfer:**
Search Warrant

| Item Number: | Description: |
|---|---|
| 13 | Asbestos records |
| 14 | Asbestos records |
| 15 | Asbestos records / employee lists |
| 16 | Notepad |
| 17 | Asbestos certificate |
| 18 | Asbestos certificates |
| 19 | DHEC asbestos ID card |
| 20 | Asbestos jobs |
| 21 | Asbestos documents |
| 22 | Work orders |
| 23 | Correspondence - ref asbestos applications |
| 24 | Personnel files |

**Received By (Print/Sign):** Kimmy Poon, [signature], Kevin Lopsick [signatures]

**Received From or Witness (Print/Sign):** Efren Rosado,

OCEFT Form 7-02    Rev_03/2017

2 of 3

 

**United States Environmental Protection Agency**
**Criminal Investigation Division**

## RECEIPT

| Date: | Case Title: | Case Number: | Office: |
|---|---|---|---|
| 2-21-19 | NovaCor | 0408-0143 | Charlotte |

**Received From:**
NovaCor
5620 Concord Parkway South, Suite 202
Concord, NC 27612

**Purpose of Transfer:**
Search Warrant

| Item Number: | Description: |
|---|---|
| 25 | Asbestos Certificates |
| 26 | Documents |
| 27 | Business Cards |
| 28 | NCFL C01 - Forensic Image laptop |
| 29 | NCFL C02 - Forensic Image laptop |
| 30 | NCFL C03 - Forensic Image laptop |
| 31 | NCFL C04 - Forensic Image laptop |
| 32 | NCFL C05 - Samsung phone data extraction |
| 33 | NCFL C06 - Samsung phone data extraction |
| 34 | NCFL C07 - Iphone data extraction |
| 35 | NCFL C08 - Iphone data extraction |

**Received By (Print/Sign):**
Kimmy Poon, /s/ Kevin LaPointe /s/

**Received From or Witness (Print/Sign):**
Efren Rosido

OCEFT Form 7-02    Rev_03/2017

3 of 3

| Case Number | Case Name | Collection Location/Source1 |
|---|---|---|
| 0408-0144 | NovaCor | 5620 Concord Parkway South Suite 202 |

| Item/Sample Number2 | Item/Sample Date | RAM image (if Collected) | Collected By3 | Item/Sample Location4 | Description5 | Remarks6 |
|---|---|---|---|---|---|---|
| NCFL 01 | 2/21/19 | no | B. Sewell | C01_RMB_B1_LT1 | unique identification | 678QTW2ET |
| NCFL 02 | 2/21/19 | no | B. Sewell | C02_RMC_C3_LT1 | unique identification | S30YJ9GGB17608 |
| NCFL 03 | 2/21/19 | no | B. Sewell | C03_RMB_B2_LT1 | unique identification | WXK1A87J78V7 |
| NCFL 04 | 2/21/19 | no | B. Sewell | C04_RMD_D1_LT1 | unique identification | 172869426015 |
| NCFL 05 | 2/21/19 | no | B. Sewell | C05_SamsungPhone1 | unique identification | R58J439WWNE |
| NCFL 06 | 2/21/19 | no | B. Sewell | C06_SamsungPhone2 | unique identification | RF8K225NVDD |
| NCFL 07 | 2/21/19 | no | B. Sewell | C07_IPhone1 | unique identification | FFMW1BHJc6C |
| NCFL 08 | 2/21/19 | no | B. Sewell | C08_Iphone2 | unique identification | FFMXTLV6JC6C |

LAST ITEM

[CONTINUATION PAGE]

| Item/Sample Number2 | Date / Time | Relinquished By | Received By | Purpose of Change of Custody | |
|---|---|---|---|---|---|
| 1-8 | 2/21/19 7:00PM | Print Name & Organiza | Print Name & Organization: Billy Sewell, NCFL CID | Initial intake into NCFL custody | |
| | | Signature: | Signature: [signed] | | |
| | | Print Name & Organiza | Print Name & Organization | | |
| | | Signature: | Signature: | | |